Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com
Attorney for Plaintiff, HELEN GALOPE

FILED
2012 MAR -1 PM 3: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GALOPE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4; WESTERN PROGRESSIVE, LLC; and DOES 1 through 10, inclusive,<br>       Defendants. | CASE NO. SACV12-00323 CJC (RNBx)<br><br>Assigned to the Honorable:<br><br>**DECLARATION OF LENORE ALBERT, ESQ.**<br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

1

**DECLARATION OF LENORE ALBERT, ESQ.**
*GALOPE v DEUTSCHE BANK NATIONAL TRUST COMPANY, et al*

## DECLARATION OF LENORE ALBERT

I, LENORE ALBERT DO DECLARE that I represent the plaintiff in the above captioned matter and am an attorney at law duly licensed to practice before all of the courts of this State as well as the United States District Court, Central District of California, the Ninth Circuit Court of Appeals and before the Supreme Court of the United States of America and make this declaration of my own personal knowledge and if called upon to testify, I would and could competently testify thereto;

1. I reviewed Helen Galope's bankruptcy case of 2011.
2. A true and correct copy of the fax I sent demanding the sale be rescinded on or 9/07/11 is attached hereto as Exhibit 1.
3. I have not received a response to this letter, to date.
4. A true and correct copy of the Order from the court dated 8/30/11 regarding the automatic stay is attached hereto as Exhibit 2.
5. I am not a bankruptcy attorney.
6. I referred Ms. Galope to several bankruptcy attorneys.
7. Ultimately, through no fault of Ms. Galope's the issue of rescinding the sale never was motioned for in the US Bankruptcy case by the creditor or debtor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, this day at Huntington Beach, California.

Dated: March 1, 2012

Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT

/s/ Lenore Albert
LENORE L. ALBERT, ESQ.
Attorney for Plaintiff, HELEN GALOPE

**DECLARATION OF LENORE ALBERT, ESQ.**
*GALOPE v DEUTSCHE BANK NATIONAL TRUST COMPANY, et al*

EXHIBIT 1

# in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay

From: **Lenore Albert** (lenorealbert@msn.com)
Sent: Wed 9/07/11 2:43 PM
To:   ocwen ombudsman (18667715152@efaxsend.com); ocwen insurance (19373246797@efaxsend.com); Ronaldo Reyes Deutsche Bank National Trust Company (17142476009@efaxsend.com); 18669608298@efaxsend.com
Bcc:  hg202@aol.com; lenalbert@interactivecounsel.com


To the President of Ocwen, President of Deutsche Bank National Trust Company and Western Progressive, LLC,

Fr: Lenore Albert, Esq.

re: In re Helen Galope, Case Number 1:11-bk-18339-MT Violation of Automatic Bankruptcy Stay by selling home through nonjudicial foreclosure on 9/01/2011

Please be advised that my office represents Helen A. Galope. We are informed that you and your agents sold Ms. Helen Galope's home located at 19117 Delano Street, Tarzana, CA 91335 at foreclosure auction in violation of the automatic stay in her bankruptcy case in the Central District of California, case number 1:11-bk-18339-MT.

I have been further informed you have breached my client's right to quiet enjoyment of her premises. Please immediately cease and desist entry upon her land or placing objects on her property.
Please rescind the sale immediately and be advised we will be seeking sanctions before the US Bankruptcy Court. Furthermore, please be advised we will be fiing a separate civil action and seeking a restraining order.

The TS Number is 2011-09623; Deutsche Bank National Trust Company purported that the Note was placed in the SBR (2007-BR4) trust; Ocwen was the subsequent servicer, and Western Progressive, LLC was the subsequent trustee who foreclosed in violation of the bankruptcy stay. The non judicial sale should have never happened in the first place.


Sincerely,

Lenore L. Albert, Esq.
**Law Offices of Lenore Albert**
7755 Center Ave Suite #1100
Huntington Beach, California 92647
Phone: 714-372-2264 or e-fax: 419-831-3376
www.InteractiveCounsel.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above only. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended

recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. If you are not the intended recipient you are directed to notify this law office, then delete this message and destroy any copies thereof.

# Successful transmission to 18669608298. Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay

From: **send@mail.efax.com**
Sent: Wed 9/07/11 2:47 PM
To: lenorealbert@msn.com



Dear Lenore Albert,

**Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay**

The 2 page fax you sent through eFax.com to 18669608298 was successfully transmitted at 2011-09-07 21:47:41 (GMT).

The length of transmission was 66 seconds.

The receiving machine's fax ID: 3052.

Best Regards,

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

# Successful transmission to 19373246797. Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay

From: **send@mail.efax.com**
Sent: Wed 9/07/11 2:45 PM
To: lenorealbert@msn.com



Dear Lenore Albert,

**Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay**

The 2 page fax you sent through eFax.com to 19373246797 was successfully transmitted at 2011-09-07 21:45:08 (GMT).

The length of transmission was 70 seconds.

The receiving machine's fax ID: Haz Ins Proc Ctr.

Best Regards,

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY j2

Print                                                                                                    Close

# Successful transmission to 17142476009. Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay

From: **send@mail.efax.com**
Sent: Wed 9/07/11 2:45 PM
To:    lenorealbert@msn.com



Dear Lenore Albert,

**Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay**

The 2 page fax you sent through eFax.com to 17142476009 was successfully transmitted at 2011-09-07 21:45:02 (GMT).

The length of transmission was 73 seconds.

The receiving machine's fax ID: 7142476009.

Best Regards,

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY j2

# Successful transmission to 18667715152. Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay

From: **send@mail.efax.com**
Sent: Wed 9/07/11 2:44 PM
To: lenorealbert@msn.com


Easy faxing anywhere.

Dear Lenore Albert,

**Re: in re Helen Galope 1:11-bk-18339-MT Notice of Intent to File Sanctions for Violating Stay**

The 2 page fax you sent through eFax.com to 18667715152 was successfully transmitted at 2011-09-07 21:44:54 (GMT).

The length of transmission was 66 seconds.

The receiving machine's fax ID: 6941.

Best Regards,

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY [j2]

EXHIBIT 2

FILED & ENTERED

AUG 30 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re:

Helen A. Galope,

Debtor(s).

Case No: 1:11-bk-18339-MT

Chapter: 13

**ORDER GRANTING MOTION TO VACATE DISMISSAL**

On August 23, 2011, the debtor filed a Motion to Vacate Dismissal (the "Motion"), this case having been dismissed on August 17, 2011 for the debtor's failure to file deficient documents. Having reviewed the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the debtor must file all deficient documents no later than September 16, 2011, or this case may be dismissed without further hearing;

**IT IS FURTHER ORDERED** that from the date of dismissal of this case to the date of entry of this order, the automatic stay in this case was not in effect.

[signature: Maureen Tighe]

DATED: August 30, 2011

United States Bankruptcy Judge

-1-

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO VACATE DISMISSAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 26, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Elizabeth (SV) F Rojas (TR)   cacb_ecf_sv@ch13wla.com
- Ramesh Singh   claims@recoverycorp.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Les A Zieve   bankruptcy@zievelaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Helen A. Galope
19117 Delano St.
Tarzana, CA 91335

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page