FILED

2012 MAR -1  PM 3:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com
Attorney for Plaintiff, HELEN GALOPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GALOPE, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4; WESTERN PROGRESSIVE, LLC; and DOES 1 through 10, inclusive,<br>　　　　　　Defendants. | CASE NO. SACV12-00323 CJC (RNBx)<br><br>Assigned to the Honorable:<br><br>**DECLARATION OF NOTICE**<br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

1

**DECLARATION OF NOTICE**
*GALOPE v DEUTSCHE BANK NATIONAL TRUST COMPANY, et al*

# DECLARATION OF LENORE ALBERT

I, LENORE ALBERT DO DECLARE that I represent the plaintiff in the above captioned matter and am an attorney at law duly licensed to practice before all of the courts of this State as well as the United States District Court, Central District of California, the Ninth Circuit Court of Appeals and before the Supreme Court of the United States of America and make this declaration of my own personal knowledge and if called upon to testify, I would and could competently testify thereto;

1. A true and correct copy of the fax I sent demanding the sale be rescinded on or about NOTICE TO COUNSEL B Y FAX AND EMAIL is attached hereto.
2. I have not received a reply as to whether the attorneys are representing the parties in this case or whether parties intend to oppose.
3. I have not received any response at all.
4. A copy of the TRO application was faxed today prior to filing this Complaint also.
5. Counsel and parties names, addresses, phone numbers where known, and fax numbers are listed in the mailing list attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, this day at Huntington Beach, California.

Dated: March 1, 2012        Respectfully Submitted,
                            LAW OFFICES OF LENORE ALBERT


                            /s/ Lenore Albert
                            LENORE L. ALBERT, ESQ.
                            Attorney for Plaintiff, HELEN GALOPE

2

**DECLARATION OF NOTICE**
*GALOPE v DEUTSCHE BANK NATIONAL TRUST COMPANY, et al*

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100,Huntington Beach, CA 92647.

On ----, 2012, I served a copy of the following document(s) described as:

**DECLARATION OF NOTICE**

On the interested parties in this action as follows:

See attached Mail List

[ ] **BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: ----, 2012

s/ Lenore Albert

Lenore Albert

Mailing List

For Defendant Western Progressive, LLC:
Western Progressive, LLC
2002 Summit Blvd #600
Atlanta, Georgia 30319
Fax Number: 1-775-655-5621
And authorized agent:
Ocwen Loan Servicing:
Fax Number: 866-771-5152

Also:
Law Offices of Les Zieve
18377 Beach Blvd #210
Huntington Beach, CA 92648
Fax: 714-848-7650


For Defendant Deutsche Bank National Trust Company:
Ronaldo R. Reyes
Deutsche Bank National Trust Company Americas
1761 Saint Andrews Place
Santa Ana, CA 92705
Phone: 714-247-6000  Fax: 714-247-6009 Email: Ronaldo.r.reyes@db.com
And authorized agent:
Ocwen Loan Servicing:
Fax Number: 866-771-5152

Eric D. Hauser, Esq.
Steven S. Son, Esq.
HOUSER & ALLISON
3760 Kilroy Airport Way, Suite 260
Long Beach, CA 90806
Telephone: (949) 679-1111
Fax: (949) 679-1112
Email: sson@houser-law.com

4

**DECLARATION OF NOTICE**

*GALOPE v DEUTSCHE BANK NATIONAL TRUST COMPANY, et al*

# re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA

From: **Lenore Albert** (lenorealbert@msn.com)
Sent: Tue 2/28/12 2:45 PM
To: Houser & Allison Steven Son (19496791112@efaxsend.com); S Son Houser Allison (sson@houser-law.com); S Cleere Houser Allison (scleere@houser-law.com); ocwen ombudsman (18667715152@efaxsend.com); 17756555621@efaxsend.com; Western Progressive, LLC (18669608298@efaxsend.com)

re: Helen Galope 19117 Delano Street, Tarzana, CA Loan #706214657 and TS #2011-09623 (Bankruptcy Notice of Filing Date: 7/11/2011 and reopened on 8/31/2011 with a Sale Date: 9/1/11)

Dear Mr. Houser, Mr. Son, President of Ocwen Loan Servicing, LLC, President of Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing and Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement for the "May 1, 20117 Securitized Asset-Backed Receivables LLC Trust 2007-BR4 Mortgage Pass Through Certificates, Series 2007-BR4" as stated in the law firm Houser & Allison's letter dated 5/10/10, and Western Progressive, LLC President;

Please be advised, Ms. Helen Galope who resides at 19117 Delano Street, Tarzana, CA has retained the services of our office. Please direct all further future communications directly to our attention.

Please be further advised that we will be filing a Complaint and request for a TRO in order continue the stay now being invoked by the US Bankruptcy Court by way of a TRO prohibitting any further postforeclosure activities such as a Notice to Vacate followed by the filing of an unlawful detainer action. The Complaint and request will be filed in the US District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, CA 92701 tomorrow February 29, 2012. The request will be made on the grounds said defendants unlawfully foreclosed on the property after receiving notice that a bankruptcy stay was in effect prohibitting said sale. Furthermore, the property merely reverted to Deutsche Bank National Trust Company who is not a third party BFP.

Please let me know if you have retained counsel, and whether you will be opposing the application.

Furthermore, if you agree to stipulate to a stay pending litigation, then we will not go forward with the ex parte application.

Finally, if you have any questions, you may contact me immediately within the next 24 hours by email: lenalbert@interactivecounsel.com or lenorealbert@msn.com, or by fax 419-831-3376.

Sincerely,

Lenore L. Albert, Esq.
**Law Offices of Lenore Albert**
7755 Center Ave Suite #1100
Huntington Beach, California 92647
Phone: 714-372-2264 or e-fax: 419-831-3376
www.InteractiveCounsel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above only. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. If you are not the intended recipient you are directed to notify this law office, then delete this message and destroy any copies thereof.

# Successful transmission to 19496791112. Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA

From: **send@mail.efax.com**
Sent: Tue 2/28/12 2:51 PM
To: lenorealbert@msn.com



Dear Lenore Albert,

**Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA**

The 2 page fax you sent through eFax.com to 19496791112 was successfully transmitted at 2012-02-28 22:51:36 (GMT).

The length of transmission was 92 seconds.

The receiving machine's fax ID: 9496791112.

Best Regards,

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

# Successful transmission to 18667715152. Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA

From: **send@mail.efax.com**
Sent: Tue 2/28/12 2:51 PM
To: lenorealbert@msn.com


Easy faxing anywhere.™

Dear Lenore Albert,

**Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA**

The 2 page fax you sent through eFax.com to 18667715152 was successfully transmitted at 2012-02-28 22:50:58 (GMT).

The length of transmission was 76 seconds.

The receiving machine's fax ID: 6941.

Best Regards,

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

# Unsuccessful fax transmission to 17756555621. Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA

From: **send@mail.efax.com**
Sent: Tue 2/28/12 2:56 PM
To: lenorealbert@msn.com



Dear Lenore Albert,

**Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA**

The fax you attempted to send through eFax.com to 17756555621 did not go through because someone answered the call. Be sure to check that you have the correct number and that you have entered it properly. Enter numbers only, no dashes or brackets.

Please verify the fax number before trying to send the fax again. If after another attempt you are still having trouble sending your fax, please contact Customer Service.

Best Regards,
eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

# Unsuccessful fax transmission to 18669608298. Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA

From: **send@mail.efax.com**
Sent: Tue 2/28/12 2:56 PM
To: lenorealbert@msn.com



Dear Lenore Albert,

**Re: re: Loan Number 326300969 Property Address: 19117 Delano Street, Tarzana, CA**

The fax you attempted to send through eFax.com to 18669608298 did not go through because someone answered the call. Be sure to check that you have the correct number and that you have entered it properly. Enter numbers only, no dashes or brackets.

Please verify the fax number before trying to send the fax again. If after another attempt you are still having trouble sending your fax, please contact Customer Service.

Best Regards,
eFax.com

**Customer Service**
Online Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global Communications, Inc.

POWERED BY