1  Eric D. Houser (SBN 130079)
   Steven S. Son (SBN 265921)
2  HOUSER & ALLISON
   A Professional Corporation
3  3760 Kilroy Airport Way, Suite 260
   Long Beach, CA 90806
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  E-mail: sson@houser-law.com

6  Attorneys for Defendants,
   Deutsche Bank National Trust Company, as trustee under Pooling and Servicing
7  Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC
   Trust 2007-BR4 and Western Progressive, LLC

8

                    **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)**

10

11 | HELEN GALOPE, an individual,              | Case No. 12-cv-00323-CJC-RNB

                        Plaintiff,             | Hon. Cormac J. Carney
12

13              v.

14 | DEUTSCHE BANK NATIONAL           | **REQUEST FOR JUDICIAL**
      TRUST COMPANY, AS TRUSTEE       | **NOTICE**
15    UNDER POOLING AND SERVICING
      AGREEMENT DATED AS OF MAY       | **[FRCP 12(b)(6)]**
16    1, 2007 SECURITIZED ASSET
      BACKED RECEIVABLES LLC
17    TRUST 2007-BR4; WESTERN          | Date: May 7, 2012
      PROGRESSIVE, LLC; and DOES 1     | Time: 1:30 p.m.
18    through 10, inclusive,           | Courtroom: 9B

                        Defendants.    | Action filed: March 1, 2012
19                                     | Trial date: None assigned

20

21 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

22       Pursuant to Federal Rule of Evidence 201, defendants Deutsche Bank

23 National Trust Company, as trustee under Pooling and Servicing Agreement

24 Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-

25 BR4 and Western Progressive, LLC submit and respectfully request this Court to

26

27

28                    **REQUEST FOR JUDICIAL NOTICE**
                                    1

take judicial notice of the following documents in support of their Motion to Dismiss plaintiff's Complaint:

1. Attached as **Exhibit 1** is a true and correct copy of a Deed of Trust and Adjustable Rate Rider as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on December 28, 2006 as Document No. 20062881367 in the Los Angeles County Recorder's Office.

2. Attached as **Exhibit 2** is a true and correct copy of a Notice of Default and Election to Sell Under Deed of Trust as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on July 31, 2009 as Document No. 20091175698 in the Los Angeles County Recorder's Office, and a true and correct copy of a Notice of Rescission of Notice of Default and Election to Sell Under Deed of Trust as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on May 11, 2010 as Document No. 20100639804 in the Los Angeles County Recorder's Office.

3. Attached as **Exhibit 3** are true and correct copies of the online docket, Order Granting Motion for Relief From the Automatic Stay, and Discharge of Debtor filed in Case No. 1:10-bk-10107-MT in the United States Bankruptcy Court, Central District of California.

4. Attached hereto as **Exhibit 4** are true and correct copies of the online docket, the Adversary Complaint, a Notice of Motion and Motion to Dismiss, and Order Granting Motion to Dismiss filed in Case No. 1:10-ap-01082-MT in the United States District Bankruptcy Court, Central District of California.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a Notice of Default and Election to Sell Under Deed of Trust as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on March 8, 2011 as Document No. 20110350514.

---

**REQUEST FOR JUDICIAL NOTICE**

2

6.     Attached hereto as **Exhibit 6** are true and correct copies of three Assignments of Deed of Trust as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on June 14, 2011, April 12, 2011, and November 15, 2009 as Document Nos. 20110806807, 20110527436, and 20091669425, respectively, in the Los Angeles County Recorder's Office.

7.     Attached hereto as **Exhibit 7** is a true and correct copy of a Substitution of Trustee as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on June 17, 2011 as Document No. 20110823889 in the Los Angeles Recorder's Office, and a true and correct copy of a Notice of Trustee's Sale as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on June 17, 2011 as Document No. 20110823890 in the Los Angeles County Recorder's Office.

8.     Attached hereto as **Exhibit 8** are true and correct copies of the online docket, Order and Notice of Dismissal For Failure to File Schedules, Statements, and/or Plan, Order Granting Motion to Vacate Dismissal, and Order and Notice of Dismissal Arising From Chapter 13 Confirmation Hearing filed in Case No. 1:11-bk-18339-MT in the United States District Bankruptcy Court, Central District of California.

9.     Attached hereto as **Exhibit 9** is a true and correct copy of a Trustee's Deed Upon Sale as to the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded on September 8, 2011 as Document No. 20111216062 in the Los Angeles County Recorder's Office.

///

///

///

**REQUEST FOR JUDICIAL NOTICE**

3

10.     Attached hereto as **Exhibit 10** are true and correct copies of the online docket and Order Denying Debtor's Motion to Convert Chapter 13 and Granting Motion to Dismiss Case filed in Case No. 1:12-bk-10462-MT in the United States District Bankruptcy Court, Central District of California.

Dated: March 26, 2012

**HOUSER & ALLISON**
A Professional Corporation

/s/ Steven S. Son
Steven S. Son
Attorneys for Defendants,
Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC

## DECLARATION OF STEVEN S. SON

I, Steven S. Son, declare as follows:

1.     I am an attorney at law licensed to practice before this Court.  I am an attorney at the law firm of Houser & Allison, A Professional Corporation, counsel of record for defendants Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC.  If called as a witness, I could and would competently testify thereto.

2.     Attached to this Request for Judicial Notice as Exhibits 1 through 10 are true and correct copies of public documents for the real property located at 19117 Delano Street, Tarzana, CA 91335 recorded in the Los Angeles County Recorder's Office, and true and correct copies of public documents obtained from Public Access to Court Electronic Records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on March 26, 2012 at Long Beach, California.


/s/Steven S. Son
Steven S. Son, Declarant

---

**PROOF OF SERVICE**

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

     On March 26, 2012, I served the following document(s):

**REQUEST FOR JUDICIAL NOTICE**

     On the following interested parties in this action described as follows:

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA  92647
Tel.:  714-372-2264
Fax:   419-831-3376
Email: lenorealbert@msn.com
*Attorney for Plaintiff, Helen Galope*

[ ]   **VIA FIRST CLASS MAIL:** Pursuant to FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above.  I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

1

        I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

2

        Executed on March 26, 2012, in Long Beach, California.

3

4

5                                                    /s/ Richard Mendizábal
                                                     Richard Mendizábal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28