1  Eric D. Houser (SBN 130079)
   Steven S. Son (SBN 265921)
2  HOUSER & ALLISON
   A Professional Corporation
3  3760 Kilroy Airport Way, Suite 260
   Long Beach, CA 90806
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  E-mail: sson@houser-law.com

6  Attorneys for Defendants,
   Deutsche Bank National Trust Company, as trustee under Pooling and Servicing
7  Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC
   Trust 2007-BR4 and Western Progressive, LLC
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| | |
|---|---|
| HELEN GALOPE, an individual, | Case No. 12-cv-00323-CJC-RNB |
| Plaintiff, | Hon. Cormac J. Carney |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4; WESTERN PROGRESSIVE, LLC; and DOES 1 through 10, inclusive, | **DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Action filed: March 1, 2012<br>Trial date: None assigned |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendants Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC ("defendants") submit their Opposition to plaintiff's ex parte application for a temporary restraining order.

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff's ex parte application seeks a temporary restraining order against eviction proceedings based on the September 1, 2011 foreclosure sale and the Trustee's Deed Upon Sale that reflects the same, which was recorded on September 8, 2011 in the Los Angeles County Recorder's Office as Document No. 20111216062. Defendants have sent the Rescission of Trustee's Deed Upon Sale for recording. As such, plaintiff's ex parte application is moot because "[a]n actual controversy must be extant at all stages of review, not merely at the time the complaint is filed." *Arizonans for Official English v. Arizona*, 520 U.S. 43, 67 (1997). This Opposition is filed in conjunction with defendants' Response to plaintiff's ex parte application filed in this Court on March 2, 2012 as Document No. 10, as well as in response to the clerk's request of March 26, 2012.

Dated: March 26, 2012

HOUSER & ALLISON
A Professional Corporation

/s/ Steven S. Son
Steven S. Son
Attorneys for Defendants,
Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

     On March 26, 2012, I served the following document(s):

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

     On the following interested parties in this action described as follows:

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA  92647
Tel.:  714-372-2264
Fax:  419-831-3376
Email: lenorealbert@msn.com
*Attorney for Plaintiff, Helen Galope*

[ ]  **VIA FIRST CLASS MAIL:** Pursuant to FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

---
PROOF OF SERVICE
1

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 26, 2012, in Long Beach, California.

/s/ Richard Mendizábal
Richard Mendizábal

**PROOF OF SERVICE**
2