1  Eric D. Houser (SBN 130079)
   Steven S. Son (SBN 265921)
2  HOUSER & ALLISON
   A Professional Corporation
3  3760 Kilroy Airport Way, Suite 260
   Long Beach, CA 90806
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  E-mail: sson@houser-law.com

6  Attorneys for Defendants,
   Deutsche Bank National Trust Company, as trustee under Pooling and Servicing
7  Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC
   Trust 2007-BR4 and Western Progressive, LLC
8

   ## UNITED STATES DISTRICT COURT
9  ## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

10
   HELEN GALOPE, an individual,            Case No. 12-cv-00323-CJC-RNB
11
                    Plaintiff,             Hon. Cormac J. Carney
12
          v.
13
   DEUTSCHE BANK NATIONAL                  **SUPPLEMENTAL REQUEST FOR
14 TRUST COMPANY, AS TRUSTEE               JUDICIAL NOTICE**
   UNDER POOLING AND SERVICING
15 AGREEMENT DATED AS OF MAY               **[FRCP 12(b)(6)]**
   1, 2007 SECURITIZED ASSET
16 BACKED RECEIVABLES LLC
   TRUST 2007-BR4; WESTERN                 Date: May 7, 2012
17 PROGRESSIVE, LLC; and DOES 1            Time: 1:30 p.m.
   through 10, inclusive,                  Courtroom: 9B
18
                    Defendants.            Action filed: March 1, 2012
19                                         Trial date: None assigned

20

21 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

22        Pursuant to Federal Rule of Evidence 201, defendants Deutsche Bank

23 National Trust Company, as trustee under Pooling and Servicing Agreement

24 Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-

25 BR4 and Western Progressive, LLC ("defendants") submit and respectfully

26 request this Court to take judicial notice of the following supplemental document

27

28 **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**
   1

1    in connection with defendants' Motion to Dismiss and Request for Judicial

2    Notice filed in this action as Document Nos. 16 and 17, respectively.

3         11.     Attached hereto as **Exhibit 11** is a true and correct copy of a Notice

4    of Rescission of Trustee's Deed Upon Sale as to the real property located at

5    19117 Delano Street, Tarzana, CA 91335 executed on March 23, 2012 and

6    recorded on March 27, 2012 as Document No. 20120461627 in the Los Angeles

7    County Recorder's Office.

8    Dated: March 29, 2012              **HOUSER & ALLISON**

9                                        A Professional Corporation

10                                   /s/ Steven S. Son

11                                   Steven S. Son

                                     Attorneys for Defendants,

12                                   Deutsche Bank National Trust Company, as

13                                   trustee under Pooling and Servicing

                                    Agreement Dated as of May 1, 2007

14                                   Securitized Asset Backed Receivables LLC

15                                   Trust 2007-BR4 and Western Progressive,

                                    LLC

16

17

18

19

20

21

22

23

24

25

26

27

28             **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

## **DECLARATION OF STEVEN S. SON**

I, Steven S. Son, declare as follows:

1.      I am an attorney at law licensed to practice before this Court.  I am an attorney at the law firm of Houser & Allison, A Professional Corporation, counsel of record for defendants Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC.  If called as a witness, I could and would competently testify thereto.

2.      Attached to this Supplemental Request for Judicial Notice as Exhibit 11 is a true and correct copy of a Notice of Rescission of Trustee's Deed Upon Sale as to the real property located at 19117 Delano Street, Tarzana, CA 91335 executed on March 23, 2012 and recorded on March 27, 2012 as Document No. 20120461627 in the Los Angeles County Recorder's Office.  This is a public document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on March 29, 2012 at Long Beach, California.


/s/Steven S. Son
Steven S. Son, Declarant

---

**DECLARATION OF STEVEN S. SON**
1

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                                 ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On March 29, 2012, I served the following document(s):

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

On the following interested parties in this action described as follows:

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
Tel.: 714-372-2264
Fax: 419-831-3376
Email: lenorealbert@msn.com
*Attorney for Plaintiff, Helen Galope*

[ ]   **VIA FIRST CLASS MAIL:** Pursuant to FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above.  I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 29, 2012, in Long Beach, California.


/s/ Richard Mendizábal
Richard Mendizábal