# EXHIBIT 11

**This page is part of your document - DO NOT DISCARD**



# 20120461627



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**03/27/12 AT 08:00AM**

Pages:
0003

| | |
|---|---:|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



**LEADSHEET**



201203270120003

00005565551



003884625

**SEQ:
01**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**





E484773

t35

RECORDER MEMO: This COPY is NOT an OFFICIAL RECORD.



03/27/2012
*20120461627*

RECORDING REQUESTED BY:
Western Progressive, LLC

WHEN RECORDED MAIL TO:
Western Progressive, LLC
2002 Summit Blvd, Suite 600
Atlanta, GA 30319

Loan #: 706214657   TS #: 2011-09623

SPACE ABOVE THIS LINE FOR RECORDER'S USE

11 00601580

# NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

This Notice of Rescission is made this day 3/23/2012 with respect to the following:

1.) **THAT** Western Progressive, LLC is the duly appointed Trustee under that certain Deed of Trust dated 12/16/2006 and recorded 12/28/2006 as instrument number 06 2881367 in book --- page --- wherein LYDIA DIZON, A SINGLE WOMAN AND HELEN GALOPE, A SINGLE WOMAN, AS TENANTS IN COMMON are named as Trustors, LANDAMERICA SOUTHLAND TITLE is named as trustee, and NEW CENTURY MORTGAGE CORPORATION, A CORPORATION, AS LENDER, Mortgage Electronic Registration Systems, Inc., is named as beneficiary;

2.) **THAT** Ocwen Loan Servicing, LLC is the beneficiary of record under that Deed of Trust by virtue of an Assignment of Beneficial Interest recorded 06/14/2011 Instrument No: 11-806807;

3.) **THAT THE DEED OF TRUST** encumbers real property located in the County of Los Angeles, State of California, described as follows:

LOT(S) 71 OF TRACT NO. 16762, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 397 PAGE(S) 40 TO 42 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

4.) **THAT BY VIRTUE OF** a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded 3/8/2011 as instrument number 11-350514 in book ---, page --- in the office of the Recorder of Los Angeles County, State of California;

5.) **THAT THE TRUSTEE** has been informed by the Beneficiary that the beneficiary desires to rescind the Trustee's Deed recorded upon the foreclosure sale which was conducted in error due to a failure to communicate timely, notice of conditions which would have warranted a cancellation of the foreclosure which did occur on 9/1/2011;

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"



6.) **THAT THE EXPRESS PURPOSE** of this Notice of Rescission is to return the priority and existence of all title and lien holders to the status quo-ante as existed prior to the trustee's sale;

NOW THEREFORE, THE UNDERSIGNED HEREBY RESCINDS THE TRUSTEE'S SALE AND PURPORTED TRUSTEE'S DEED UPON SALE AND HEREBY ADVISES ALL PERSONS THAT THE TRUSTEE'S DEED UPON SALE DATED 9/6/2011 AND RECORDED 9/8/2011 AS INSTRUMENT NUMBER 11-1216062 IN THE COUNTY OF Los Angeles, STATE OF California, FROM Western Progressive, LLC (TRUSTEE) TO Ocwen Loan Servicing, LLC (GRANTEE) IS HEREBY RESCINDED, AND IS AND SHALL BE OF NO FORCE AND EFFECT WHATSOEVER. THE DEED OF TRUST DATED 12/16/2006, RECORDED 12/28/2006 AS INSTRUMENT NUMBER 06 2881367 IN BOOK ---, PAGE ---, IS IN FULL FORCE AND EFFECT.

Date: 03/23/2012

Western Progressive, LLC

Natalie Howard

STATE OF GA
COUNTY OF Dekalb

On March 23, 2012 before me, Tunisha Jennings Notary Public, personally appeared, Natalie Howard, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Tunisha Jennings

