Eric D. Houser (SBN 130079)
Steven S. Son (SBN 265921)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, CA 90806
Telephone: (562) 256-1675
Facsimile: (949) 679-1112
E-mail: sson@houser-law.com

Attorneys for Defendants,
Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| | |
|---|---|
| HELEN GALOPE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4; WESTERN PROGRESSIVE, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 12-cv-00323-CJC-RNB<br><br>Hon. Cormac J. Carney<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Action Filed: March 1, 2012<br>Trial Date: None Assigned |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendants Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC (collectively "defendants") submit their Opposition to plaintiff's Motion for Leave to File Second Amended Complaint ("Motion").

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Plaintiff's Motion Unnecessarily Multiplies The Proceedings Because The Relief Requested Is Already Being Considered

Plaintiff's Motion serves no purpose as the relief requested is already being considered by this Court. On May 1, 2012, this Court provided plaintiff an opportunity to respond to the Court's order to show cause "why this case should not be dismissed for failure to allege any cognizable claim" because "[plaintiff's] claims are inadequately pled and/or based on theories of liability that are not viable." (*See* Minute Order, *filed as* Document No. 24). Plaintiff has responded by filing a 12-page Response and by attaching a Proposed Second Amended Class Action Complaint. (*See* Response & Proposed Second Amended Class Action Complaint, Document Nos. 27 & 27-1).

As plaintiff herself admits, this Motion and the Response already on file are substantively the one and the same. (*See* Response, Doc. 27, 1:4-11). Plaintiff's formal Motion is wholly repetitive and unnecessarily multiplies the proceedings without reason. Federal courts have the inherent power to take broad action to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). This inherent power is not governed by rule or statute but applies broadly. *Id.* at 43-44. In this case, the relief requested in the Motion is already being considered by this Court. Plaintiff's Motion is no different than plaintiff's Response which is already on file. It is accordingly proper for this Court to use its inherent power to take this Motion off-calendar as the Motion serves no purpose and so as to achieve an orderly disposition of this matter.

///

///

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

2

## II. Plaintiff Has Not Complied With Local Rule 7-3

Plaintiff has not complied with the Local Rules before bringing this Motion. Plaintiff claims she complied with L.R. 7-3 because an "intent to file said motion…was served on counsel 5 days prior to filing as equivalent to Local Rule 7-3." (Motion, 2:14-17). However, L.R. 7-3 requires "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution…the conference shall take place at least ten (10) days prior to the filing of the motion." L.R. 7-3.

Defendants are unaware of what notice plaintiff alleges to have given regarding the Motion, and the ten (10) day notice pursuant to L.R. 7-3 has been disregarded by plaintiff. The only notice that plaintiff has given was of her ex parte request for an extension of time to file her Response to this Court's order to show cause. Further, the limited exceptions to this ten-day notice requirement do not apply in this case because plaintiff's Motion is not a FRCP 12(b) or FRCP 59(e) motion. Plaintiff has not complied with L.R. 7-3 in both the spirit and letter of the law and denial on this ground is likewise appropriate.

Dated: May 19, 2012      **HOUSER & ALLISON**
A Professional Corporation

/s/ Steven S. Son
Steven S. Son
Attorneys for Defendants,
Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 and Western Progressive, LLC

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

3

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

    On May 21, 2012, I served the following document(s):

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

    On the following interested parties in this action described as follows:

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
Tel.: 714-372-2264
Fax: 419-831-3376
Email: lenorealbert@msn.com
*Attorney for Plaintiff, Helen Galope*

[ ]   **VIA FIRST CLASS MAIL:** Pursuant to FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's

---

PROOF OF SERVICE
1

Case 8:12-cv-00323-CJC-RNB   Document 30   Filed 05/21/12   Page 5 of 5   Page ID #:634

1  CM/ECF System, and the transmission was reported as complete without error.

2  I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

3  Executed on May 21, 2012, in Long Beach, California.

                                    /s/ Richard Mendizábal
                                    Richard Mendizábal

**PROOF OF SERVICE**
2