# DECLARATION OF KAREN L. STACY

I, Karen L. Stacy, declare as follows:

1. I am an Agent and Attorney-in-Fact for Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing ("HomEq") and I am authorized to make this Declaration on its behalf. HomEq serviced Loan No. 326300969 ("Loan"). The following is based on my personal review of HomEq's business records regarding the Loan. If called as a witness, I could and would competently testify thereto.

2. HomEq has custody and control of the business records as they relate to the Loan. These business records were prepared at or near the time of the act, condition, or event described therein, and are made and kept in the ordinary course of business by persons who have a duty to make and keep such records on behalf of HomEq. HomEq maintains comment and payment transaction histories that are generated from HomEq's computer system. The entries in these histories are made by HomEq employees who have a duty to make the entries and at the time the event is recorded. The entries are permanent records that cannot be altered after notes are entered into the system.

3. HomEq's business records reflect that on December 16, 2006, Helen Galope ("Borrower") obtained a mortgage loan ("Loan") in the amount of $522,000.00 from lender New Century Mortgage Corporation, which was memorialized in an Adjustable Rate Note. Attached hereto as Exhibit 1 is a true and correct copy of the Adjustable Rate Note.

4. The Loan was secured by a Deed of Trust recorded against the real property located at 19117 Delano Street, Reseda, California 91335 ("Property"). Attached hereto as Exhibit 2 is a true and correct copy of the Deed of Trust, which was recorded on December 28, 2006 in the Los Angeles County Recorder's Office as Document No. 06 2881367.

5. In April 2007, HomEq began to service the Loan.

6. By April 2008, the Borrower was $15,951.62 in the arrears on the Loan.

7. In April 2008, HomEq offered a loan modification to the Borrower and the Borrower accepted. Attached hereto as Exhibit 3 is a true and correct copy of the fully executed Modification Agreement.

8. The Borrower's last modified payment to HomEq was made on April 8, 2009. This brought the Borrower contractually current through March 1, 2009 because the Borrower made only three payments from January 1, 2009 through April 8, 2009 even though four payments were contractually due. Attached hereto as Exhibit 4 is a true and correct copy of HomEq's payment transaction history from December 31, 2008 through June 4, 2009.

9. HomEq's comment history reflects that from April 2008 through July 2009, the Borrower did not call HomEq to complain that she was given an incomplete copy of the Modification Agreement.

10. Given the Borrower's default on the modified Loan, non-judicial foreclosure of the Property was initiated on July 31, 2009. Attached hereto as Exhibit 5 is a true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust, which was recorded on July 31, 2009 in the Los Angeles Recorder's Office as Document No. 20091175698.

11. However, this foreclosure was rescinded on May 11, 2010. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Rescission of Notice of Default and Election to Sell Under Deed of Trust, which was recorded on May 11, 2010 in the Los Angeles County Recorder's Office as Document No. 20100639804.

///

///

**DECLARATION OF KAREN L. STACY**

1  I declare, under penalty of perjury under the laws of the United States of
2  America, that the foregoing is true and correct, and that this Declaration was
3  executed this 18th day of May, 2012 at Charlotte, North Carolina.

*Karen R. Stacy*
Karen L. Stacy

**DECLARATION OF KAREN L. STACY**