Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com
Attorney for Plaintiff, HELEN GALOPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HELEN GALOPE, an individual,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, et al,<br>　　　　　　　　Defendants. | CASE NO. SACV 12 00323-CJC (RNBx)<br><br>Assigned to the Hon: Cormac J. Carney<br><br>**PLAINTIFFS REPLY BRIEF ON HER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>DATE: June 11, 2012<br>TIME: 1:30PM<br>DEPT: 9B |

1

**PLAINTIFFS REPLY BRIEF ON HER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT          SACV12-323-CJC (RNBx)**

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant opposes the motion on the ground that it is needless due to the OSC. Defendant misses the point. The motion was the response to the OSC with the proposed Second Amended Complaint.

Defendant also opposes the motion for failure to comply with Local Rule 7-3. It is true that this was not a classical scenario where the parties stipulated for leave to amend while a motion to dismiss was pending. It was brought on by order of the court and that created the deadline. There was nothing in the OSC mandating the parties confer prior to filing their papers and there is nothing in Local Rule 7-3 that would dictate such a result, as that could not possibly avoid the necessity of paper being filed with the court. It is unclear what defendant refers to specifically as this was in response to the OSC and defense counsel received notice that plaintiff would need to respond by ECF.

Dated:  June 5, 2012                      Respectfully Submitted,
                                          LAW OFFICES OF LENORE ALBERT

                                          /s/ Lenore Albert
                                          LENORE L. ALBERT, ESQ.
                                          Attorney for Plaintiff Helen Galope

2

**PLAINTIFFS REPLY BRIEF ON HER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT            SACV12-323-CJC (RNBx)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:
 I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100,Huntington Beach, CA  92647.
On June 5, 2012, I served a copy of the following document(s) described as:

**PLAINTIFFS REPLY BRIEF ON HER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

On the interested parties in this action as follows:

See attached Mail List

**[x] BY CM/ECF –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).
[ ] **BY EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth herein.
[ ] **BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.
       I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: June 5, 2012
                              s/ Lenore Albert_____
                                    Lenore Albert

3

**PLAINTIFFS REPLY BRIEF ON HER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT            SACV12-323-CJC (RNBx)**

Mailing List

<u>For Defendant Western Progressive, LLC and
Defendant Deutsche Bank National Trust Company:</u>

Eric D. Hauser, Esq.
Steven S. Son, Esq.
HOUSER & ALLISON
3760 Kilroy Airport Way, Suite 260
Long Beach, CA 90806
Telephone: (949) 679-1111
Fax: (949) 679-1112
Email: sson@houser-law.com

4

**PLAINTIFFS REPLY BRIEF ON HER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT          SACV12-323-CJC (RNBx)**