1  Scott H. Jacobs (SBN 81980)
   shjacobs@reedsmith.com
2  Brandon W. Corbridge (SBN 244934)
   bcorbridge@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:   213.457.8000
5  Facsimile:    213.457.8080

6  Attorneys for Defendant
   BARCLAYS CAPITAL REAL
7  ESTATE INC. d/b/a HOMEQ
   SERVICING

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GALOPE, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4; WESTERN PROGRESSIVE, LLC; BARCLAYS BANK PLC; BARCLAYS CAPITAL REAL ESTATE INC. d/b/a HOMEQ SERVICING; OCWEN LOAN SERVICING, LLC; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. SACV 12-cv-323-CJC(RNBx)<br>Hon. Cormac J. Carney<br>Courtroom 9B<br><br>**ORDER ON STIPULATION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANT BARCLAYS CAPITAL REAL ESTATE TO RESPOND, MOVE OR OTHERWISE PLEAD TO THE THIRD AMENDED COMPLAINT (L.R. 7-1)**<br><br>Third Amended Complaint Served: July 23, 2012<br>Current Response Date: August 13, 2012<br>New Response Date: September 12, 2012<br><br>Action Filed:    March 1, 2012<br>Trial Date:       June 13, 2013 |

**ORDER ON STIPULATION OF PARTIES FOR AN EXTENSION OF TIME**

Based on the stipulation of the parties pursuant to L.R. 7-1, it is hereby ordered that Defendant Barclays Capital Real Estate Inc. d/b/a HomEq Servicing's time to respond, move or otherwise plead to the TAC shall be extended by 30 days, from August 13, 2012 to September 12, 2012.

IT IS SO ORDERED.

DATED: 8/13/12

_____
Honorable Cormac J. Carney
United States District Judge