1  Eric D. Houser (SBN 130079)
   Steven S. Son (SBN 265921)
2  HOUSER & ALLISON
   A Professional Corporation
3  3780 Kilroy Airport Way, Suite 130
   Long Beach, CA 90806
4  Telephone: (562) 256-1675
   Facsimile: (949) 679-1112
5  E-mail: sson@houser-law.com

6  Attorneys for Defendants,
   Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company, as trustee
7  under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized
   Asset Backed Receivables LLC Trust 2007-BR4, and Western Progressive, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GALOPE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4; WESTERN PROGRESSIVE, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 12-cv-00323-CJC-RNB<br>Hon. Cormac J. Carney<br>Courtroom 9B<br><br>**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE BY DEFENDANTS OCWEN, DEUTSCHE BANK AS TRUSTEE, AND WESTERN PROGRESSIVE**<br><br>[Reply and Responses and Objections to Plaintiff's Request for Judicial Notice Filed Concurrently Herewith]<br><br>[Fed. R. Civ. P. 56 & L.R. 56]<br><br>Date: Not Applicable<br>Time: Not Applicable<br>Courtroom: Not Applicable<br><br>Action Filed: March 1, 2012<br>Trial Date: June 18, 2013 |

///
///
///

**DEFENDANTS' EVIDENTIARY OBJECTIONS
TO PLAINTIFF'S EVIDENCE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendants Ocwen Loan Servicing, LLC ("Ocwen"), Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 ("Deutsche Bank as Trustee"), and Western Progressive, LLC ("WPT") (collectively "defendants") submit their Evidentiary Objections to plaintiff's evidence in support of plaintiff's Opposition to defendants' Motion for Summary Judgment.

## OBJECTION TO DECLARATION OF HELEN GALOPE

**Defendants' Objection No. 1 (To Decl. of Helen Galope, Para. 6, Exh. A):**

Objection. The alleged Qualified Written Request ("QWR") and Ocwen's written response is irrelevant. Evidence is relevant if it has a tendency to make a fact more or less probable than it would be without the evidence and the fact is of consequence in determining the action. Fed. R. Evid. 401(a), (b). The pleadings frame the issues for purposes of summary judgment. *Southern Calif. Gas Co. v. City of Santa Ana*, 336 F.3d 885, 888 (9th Cir. 2003). Here, the purported QWR is irrelevant because it is outside the scope of the pleadings and therefore irrelevant for purposes of defendants' Motion for Summary Judgment. Plaintiff has not raised a Real Estate Settlement Procedures Act claim in the instant action.

**Court's Ruling on Defendants' Objection No. 1:**

Sustained: \_\_\_\_

Overruled: \_\_\_\_

///

///

///

DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE

1

**Defendants' Objection No. 2 (To Decl. of Helen Galope, Paras. 31 & 40):**

Objection. Lack of foundation and irrelevant. A proper foundation must be established to oppose summary judgment. *Orr v. Bank of America, NT & SA*, 285 F.3d 764, 778 (9th Cir. 2002). Evidence is relevant if it has a tendency to make a fact more or less probable than it would be without the evidence and the fact is of consequence in determining the action. Fed. R. Evid. 401(a), (b). Here, plaintiff has not laid any foundation for these statements. Plaintiff has filed three bankruptcies and has not identified which case she is referring to. Plaintiff has likewise not explained how defendants asked one of the three bankruptcy courts to find her filings to be in "bad faith" and why or how one of the courts "refused" to do so. Finally, these statements are irrelevant because whether or not this occurred has no bearing on the ultimate facts in this case.

**Court's Ruling on Defendants' Objection No. 2:**

Sustained: \_\_\_\_

Overruled: \_\_\_\_

### OBJECTION TO DECLARATION OF WILLIAM MATZ

**Defendants' Objection No. 3 (To Decl. of William Matz, Paras. 1-14):**

Objection. The entire Declaration of William Matz ("Matz Declaration") is irrelevant. Evidence is relevant if it has a tendency to make a fact more or less probable than it would be without the evidence and the fact is of consequence in determining the action. Fed. R. Evid. 401(a), (b). The pleadings frame the issues for purposes of summary judgment. *Southern Calif. Gas Co. v. City of Santa Ana*, 336 F.3d 885, 888 (9th Cir. 2003). Here, the series of events leading up to the origination of the December 2006 refinance loan is irrelevant for purposes of defendants' Motion for Summary Judgment because it is undisputed that moving defendants were not involved in the origination of the refinance loan. As such,

the "likely" representations made during the origination of the refinance loan have no bearing or application.

**Court's Ruling on Defendants' Objection No. 3:**

    Sustained: \_\_\_\_

    Overruled: \_\_\_\_

Dated: August 20, 2012

**HOUSER & ALLISON**
A Professional Corporation

/s/ Steven S. Son
Steven S. Son
Attorneys for Defendants,
Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company, as trustee under Pooling and Servicing Agreement Dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4, and Western Progressive, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3780 Kilroy Airport Way, Suite 130, Long Beach, California 90806.

On August 20, 2012, I served the following document(s):

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE BY DEFENDANTS OCWEN, DEUTSCHE BANK AS TRUSTEE, AND WESTERN PROGRESSIVE**

On the following interested parties in this action described as follows:

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA  92647
Tel.:  714-372-2264
Fax:  419-831-3376
Email: lenorealbert@msn.com
*Attorney for Plaintiff, Helen Galope*

[ ]   **VIA FIRST CLASS MAIL:** Pursuant to FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mailor by electronic filing through the CM/ECF System to the e-mail addresses listed above.  I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's

PROOF OF SERVICE
1

CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 20, 2012, in Long Beach, California.

                                    /s/ Richard Mendizábal
                                    Richard Mendizábal