Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com
Attorney for Plaintiff, HELEN GALOPE,
*And all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GALOPE, *an individual, on behalf of herself and all others similarly situated*,<br><br>Plaintiffs,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, et al,<br>Defendants. | CASE NO. SACV 12 -00323-CJC (RNBx)<br><br>Assigned to the Hon: Cormac J. Carney<br><br>**PLAINTIFF'S REPLY BRIEF [LR 23-3]**<br><br>Date: September 17, 2012<br>Time: 1:30PM<br>Courtroom: 9 |

1

**PLAINTIFF'S REPLY BRIEF [LR 23-3]**

*GALOPE v DEUTSCHE BANK NATIONAL TRUST COMPANY*                     *SACV12-323-CJC (RNBx)*

Defendants Barclays Bank PLC, and Barclays Capital Real Estate, Inc. have not filed an opposition to the plaintiff's motion for relief from Local Rule 23-3. Under Local Rules, their failure to file an opposition should be deemed permission to grant.

Second, Defendants Deutsche Bank National Trust Company, Western Progressive, LLC and Ocwen Loan Servicing, LLC oppose the motion on the grounds that "defendants believe an Amended Scheduling Order may be appropriate so that the parties may first conduct discovery and briefing limited to this matter's viability to be certified as a class under Rule 23." [Opp p.2:8-11]

Plaintiff submits that this is actually an additional reason to relieve plaintiff from the Rule because it would premature to file the motion.

Defendants next contend that there is still time to file the motion for certification and on those grounds, there is no basis to grant the motion. However, timing is irrelevant. Parties readily stipulate to extensions of time under Local Rule 23, in this case, these opposing defendants refused to do so.

Wherefore plaintiff respectfully requests that this Court grant plaintiff relief from Local Rule 23.

Dated:  August 31, 2012  Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
/s/ Lenore Albert_____
LENORE L. ALBERT, ESQ.
Attorney for Plaintiff Helen Galope, *on behalf of herself and all others similarly situated.*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:
 I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100, Huntington Beach, CA  92647.
On August 31, 2012, I served a copy of the following document(s) described as:

**PLAINTIFF'S REPLY BRIEF [LR 23-3]**

On the interested parties in this action as follows:

See attached Mail List

**[x] BY CM/ECF –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).
**[ ] BY EMAIL –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth herein.
**[ ] BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.
         I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: August 31, 2012

                              s/ Lenore Albert
                                   Lenore Albert

Mailing List

For Defendant Western Progressive, LLC and
Defendant Deutsche Bank National Trust Company:

Eric D. Hauser, Esq.
Steven S. Son, Esq.
HOUSER & ALLISON
3760 Kilroy Airport Way, Suite 260
Long Beach, CA 90806
Telephone: (949) 679-1111
Fax: (949) 679-1112
Email: sson@houser-law.com

For Defendant BARCLAYS CAPITAL REAL ESTATE INC. d/b/a HOMEQ SERVICING and Barclays Bank plc:
Scott H. Jacobs (SBN 81980)
shjacobs@reedsmith.com
Brandon W. Corbridge (SBN 244934)
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   213.457.8000
Facsimile:    213.457.8080